HUNTON & WILLIAMS LLP
EMILY BURKHARDT VICENTE (State Bar No. 263990)
Email: ebvicente@hunton.com
EMILY L. ALDRICH (State Bar No. 271146)
Email: ealdrich@hunton.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

JS-6

```
cc: order, docket, remand letter
to Los Angeles Superior Court,
No. BC 471965
```

Attorneys for Defendant
ITS TECHNOLOGIES & LOGISTICS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIANA L. BRESSIE,<br><br>                    Plaintiff,<br><br>        v.<br><br>ITS TECHNOLOGIES & LOGISTICS, LLC; and DOES 1-100, inclusive,<br><br>                    Defendants. | CASE NO. CV 11-09946 DDP (SSX)<br><br>**ORDER ON JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>[Filed Concurrently with Joint Stipulation]<br><br><br>Complaint filed:  October 20, 2011<br>Trial:            Not Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The parties have stipulated that the immediate remand of this case to the Superior Court of the State of California, County of Los Angeles, is appropriate.

The Court, having considered the stipulation, and for GOOD CAUSE APPEARING:

HEREBY ORDERS that the action entitled *Diana L. Bressie v. ITS Technologies & Logistics, LLC* (CV11-9946 DDP (SSx)) be remanded to the Superior

1

Court of the State of California, County of Los Angeles, forthwith.  All parties to bear their own fees and costs.

In addition, the Motion to Remand (docket number 11) is VACATED.

IT IS SO ORDERED.

Dated: <u>January 17, 2012</u>

Hon. Dean D. Pregerson
U.S. District Judge